**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 97-1546**

GARY J. WINTON,

                                    Plaintiff - Appellant,

        versus

AM-PRO PROTECTIVE AGENCY, INCORPORATED,

                                    Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. T.S. Ellis, III, District Judge. (CA-96-1119-A)

Submitted:  November 20, 1997        Decided:  December 9, 1997

Before MURNAGHAN, MICHAEL, and MOTZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Gary J. Winton, Appellant Pro Se.  Lance A. Mueller, AM-PRO PROTECTIVE AGENCY, INC., Columbia, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's orders granting summary judgment to Defendant in this action alleging employment discrimination and denying Appellant's motion for reconsideration. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Winton v. Am-Pro Protective Agy.</u>, No. CA-96-1119-A (E.D. Va. Mar. 18, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>